# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARY LEONOR CHILIQUINGA SIGCHO,

     Petitioner,

v.                                                                                    Case No. 1:26-cv-00252-WJ-GBW

TODD BLANCHE, Attorney General
United States Department of Justice;
MARKWAYNE MULLIN, Secretary,
Department of Homeland Security;
MARY D ANDA-YBARRA, Field Office
Director, El Paso Field Office, Customs and
Immigration Enforcement,
DAVID VENTURELLA, Director of Immigration
And Customs Enforcement;
WARDEN, Otero County Processing Center,

     Respondents.

## ORDER DISMISSING WITHOUT PREJUDICE AND CLOSING CASE

THIS MATTER is before the Court on the Joint Status Report Regarding Petitioner's Custody (Doc. 14).  The Joint Status Report advises that Petitioner was released from custody in a duplicate proceeding, 2:26-cv-00137-MIS-JFR.  Because Petitioner is no longer in custody, no further relief can be granted in this case.[1]

IT IS THEREFORE ORDERED that the Petition is DISMISSED without prejudice and civil case 1:26-cv-00252-WJ-GBW is CLOSED.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the parties failed to provide any notice of the pendency of duplicate proceedings in this case. As a result, the Court wasted its already extremely limited time and resources addressing the Petition.